IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WESTLEY A. RETZLER : CIVIL ACTION
LAURA LEA WARDEN :
v. :
:
KENNETH MEEHAN, et al. : NO. 09-2384

FILED
JUN - 5 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 5 day of June, 2009, upon Motions and Statements in support of Requests to Proceed In Forma Pauperis, it appearing to the Court that Westley A. Retzler and Laura Lea Warden are unable to pre-pay the filing fees and costs, it is **ORDERED** that:

1. Plaintiffs are **GRANTED** leave to proceed in forma pauperis.

2. Plaintiffs' claims against Officer Jason Mancuso may proceed. Plaintiffs' claims against all other defendants in this action are dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The complaint is to be filed against Officer Jason Mancuso and the summons is to be issued.

4. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon Officer Jason Mancuso at no cost to the plaintiffs.

_____
BERLE M. SCHILLER, J.